DOROTHY A. REDMOND, Respondent, *v.* ALAN FOX, Appellant, Impleaded with Another.

Argued April 13, 1938; decided May 24, 1938.

*John E. F. Wood* and *I. Bernard Halpern* for appellant.
*Mathias L. Connes* and *Harold Tullman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.